IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REYNALDO ANTONIO SANTAMARIA NEY,<br><br>   *Petitioner*,<br><br>v.<br><br>LEONARD ODDO, et al.,<br><br>   *Respondents*. | Case No. 3:25-cv-00416<br><br>Magistrate Judge Kezia O. L. Taylor |

## MEMORANDUM ORDER

Petitioner Reynaldo Antonio Santamaria Ney ("Petitioner") has filed a Petition for Writ of Habeas Corpus ("Petition") pursuant to 28 U.S.C. § 2241 challenging his immigration detention by the United States Department of Homeland Security Immigration and Customs Enforcement ("ICE"). ECF No. 1. As relief, Petitioner asks this Court for an order directing his release from ICE detention unless Respondents schedule a bond hearing before an immigration judge. *Id*. at 27.

On December 16, 2025, counsel for Petitioner notified the Court that Petitioner was granted voluntary departure by an immigration judge on December 8, 2025. ECF No. 9. As a result, Petitioner now seeks to voluntarily withdraw his Petition. *Id*. Accordingly, the following Order is now entered.

AND NOW, this 22nd day of December, 2025, IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus, ECF No. 1, is DISMISSED. The Clerk of Court is directed to mark this case CLOSED.

/s/ Kezia O. L. Taylor
Kezia O. L. Taylor
United States Magistrate Judge

Cc: Counsel of record
(Via CM/ECF electronic mail)